Jeffrey David YOUNG, Petitioner–
Appellant,

v.

Gail LEWIS, Deputy Warden,
Respondent–Appellee.

No. 01–15191.

D.C. No. CV–99–02136–DFL.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 15, 2001.

Before KLEINFELD, McKEOWN and
FISHER, Circuit Judges.

MEMORANDUM **

California state prisoner Jeffrey David
Young appeals pro se the district court's
dismissal of his 28 U.S.C. § 2254 habeas
petition as untimely. We have jurisdiction
pursuant to 28 U.S.C. § 2253(d), we review
de novo the district court's dismissal of a
§ 2254 petition as untimely, see Miles v.
Prunty, 187 F.3d 1104, 1105 (9th Cir.1999),
and we vacate and remand.

At the time that it ruled on Young's
§ 2254 petition, the district court did not
have the benefit of this court's decision in
Bunney v. Mitchell, 262 F.3d 973, 974 (9th
Cir.2001) (per curiam) (providing that un-

der Rule 24 of the California Rules of
Court, the denial of a habeas petition,
within the California Supreme Court's
original jurisdiction, is not final for 30
days). In light of this court's decision in
that case, Young's petition is timely under
the Anti-terrorism and Effective Death
Penalty Act's one year statute of limita-
tions by 5 days.

Accordingly, we remand to the district
court for further proceedings consistent
with this opinion.

VACATED and REMANDED.

---

* The panel unanimously finds this case suitable
for decision without oral argument. See Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.

